UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No. _____

| | | |
|---|---|---|
| WAUNDA FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S ANSWER TO** |
| | ) | **PLAINTIFF'S FIRST AMENDED** |
| FEDEX GROUND PACKAGE SYSTEM, | ) | **COMPLAINT** |
| INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

NOW COMES Defendant FedEx Ground Package System, Inc., through counsel, and hereby respond to the Plaintiff's First Amended Complaint as follows:

FIRST DEFENSE

Defendant responds to each consecutive paragraphs of the Amended Complaint as follows:

1.      Denied for lack of knowledge or information sufficient to form a belief.

2.      It is admitted that Defendant is a Delaware corporation that is authorized to do business in North Carolina, and operates a facility in Mecklenburg County, North Carolina.  Except as admitted, the allegations of paragraph 2 are denied.

3.      Admitted upon information and belief.

4.      Admitted upon information and belief.

5.      It is admitted that Defendant maintained certain security procedures and that Defendant required employees of subcontractors to enter its facility through a security entrance.  Except as admitted, the remaining allegations are denied.

6.      Denied for lack of knowledge or information sufficient to form a belief.

7.      Denied for lack of knowledge or information sufficient to form a belief.

8.      Denied.

9.      It is admitted that any duty owed by Defendant is governed by North Carolina law.  The remaining allegations of paragraph 9 are denied.

10.     Denied.

11.     Denied.

SECOND DEFENSE

1.      If this Defendant was in any way or manner negligent on the occasion in question, which is denied, then this Defendant avers that the Plaintiff was contributorily negligent on the occasion in question and that such negligence was a proximate cause of any damages alleged by the Plaintiff.  Such contributory negligence, which rose to the same level, extent and degree of any negligence of the Defendant, if any, is specifically pleaded in bar to any claims for relief alleged by the Plaintiff.

2.      Upon information and belief, Plaintiff was negligent on the occasion in question as follows:

a.      She failed to maintain a proper lookout as to where she was walking under the existing conditions;

b.      She failed to exercise due care for her own safety under the existing conditions, including the use of an alternate route to the office; and

c.      She was otherwise negligent as may be shown through discovery and at trial.

WHEREFORE, Defendant, having fully answered the Amended Complaint of the Plaintiff, and having otherwise pleaded, prays:

1.      That Plaintiff have and recover nothing of the Defendant and that the Complaint be dismissed;

2.      That the Defendant have and recovers its costs;

3.      That all issues of fact be determined by a jury; and

4.      That the Defendant have such further relief that the Court may deem just and proper.

This the 9th day of May, 2007.

_____
        s/ Ned A. Stiles
Ned A. Stiles, Esq., N.C. State Bar No. 8997

_____s/ Sarah B. Crotts_____
Sarah B. Crotts, Esq., N.C. State Bar No.: 34225

Attorneys for Defendants FedEx Ground
Package System, Inc.
STILES BYRUM & HORNE
325 Arlington Avenue, Suite 650
Charlotte, North Carolina 28203
nstiles@sbhlaw.net
scrotts@sbhlaw.net
Telephone:   704-332-2830
Facsimile:   704-332-3281

## CERTIFICATE OF SERVICE

I, Ned A. Stiles, do hereby certify that the foregoing *Answer* was served electronically upon all counsel of record.


This the 9th day of May, 2007.


                                        s/ Ned A. Stiles
                    Ned A. Stiles, Esq., N.C. State Bar No. 8997
                    Attorney for Defendant FedEx Ground
                    Package System, Inc.
                    STILES BYRUM & HORNE
                    325 Arlington Avenue, Suite 650
                    Charlotte, North Carolina 28203
                    nstiles@sbhlaw.net
                    Telephone:   704-332-2830
                    Facsimile:    704-332-3281