IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-195-GCM**

| | | |
|---|---|---|
| WAUNDA FREEMAN, | ) | |
| Plaintiff, | ) | <u>**ORDER**</u> |
| | ) | |
| v. | ) | |
| | ) | |
| FEDEX GROUND PACKAGE | ) | |
| SYSTEM, INC., | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the court on its own motion. The Parties filed their Certification and Report of Initial Attorneys' Conference [doc. 4] on November 27, 2007. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Wednesday, February 20, 2008, at 10:30 a.m.**

IT IS SO ORDERED.

Signed: January 28, 2008

Graham C. Mullen
United States District Judge