# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:07-CV-195-GCM

| | |
|---|---|
| WAUNDA FREEMAN, ) | |
|       Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| FEDEX GROUND PACKAGE SYSTEM, ) | |
|       Defendant. ) | |
| ) | |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **May 12, 2009, at 10:00 a.m.**.

**SO ORDERED**.

Signed: February 17, 2009

Graham C. Mullen
United States District Judge